JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SARAH ARAGON,

               Plaintiff,

        v.

CITY OF LOS ANGELES, a Municipality and DOES 1 THROUGH 10, INCLUSIVE,

               Defendants.

CASE NO. **CV23-09522CBM (JPRx)**

**ORDER RE: STIPULATION RE DISMISSAL OF DEFENDANTS, CITY OF LOS ANGELES, JOHN ACOSTA, ANTHONY RAMIREZ AND DONTE GARCIA [82]**

Based on the Stipulation of the parties, IT IS HEREBY ORDERED that THE CITY OF LOS ANGELES, JOHN ACOSTA, ANTHONY RAMIREZ AND DONTE GARCIA are dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

      **IT IS SO ORDERED.**

DATED: March 4, 2026

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1